UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BARRY LEE BIDDLE,<br><br>　　　　Defendant. | ED CR No. 18-150 AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1344(2): Bank Fraud;<br>18 U.S.C. § 1028A(a)(1):<br>Aggravated Identity Theft] |

The Grand Jury charges:

COUNTS ONE THROUGH SEVEN

[18 U.S.C. § 1344(2)]

A.  INTRODUCTORY ALLEGATIONS

1.  At all times relevant to this Indictment, Synchrony Bank ("Synchrony") was a financial institution insured by the Federal Deposit Insurance Corporation.

2.  At all times relevant to this Indictment, Synchrony operated and administered CareCredit accounts.

B.  THE SCHEME TO DEFRAUD

3.  Beginning on a date unknown, and continuing through at least June 2, 2017, in Riverside County, within the Central District

of California, and elsewhere, defendant BARRY LEE BIDDLE ("BIDDLE"), together with others known and unknown to the Grand Jury, knowingly and with the intent to defraud, executed and attempted to execute a scheme to obtain moneys, funds, assets, and other property owned by and in the custody and control of Synchrony by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4. The fraudulent scheme operated, in substance, in the following manner:

    a. Defendant BIDDLE would obtain victims' names, addresses, and other personal identifying information.

    b. Defendant BIDDLE would use victims' names, addresses, and other personal identifying information to open CareCredit accounts, which was administered by Synchrony Bank, without the victims' permission or knowledge.

    c. Defendant BIDDLE would send the newly opened victims' CareCredit account information to others known and unknown to the Grand Jury.

    d. Defendant BIDDLE would also create fraudulent identities to open CareCredit accounts.

    e. Others known and unknown to the Grand Jury, would charge the CareCredit accounts for medical services that were not performed.

    f. Others known and unknown to the Grand Jury, would send defendant BIDDLE money which was part of the earnings from the scheme.

    g. Defendant BIDDLE would submit change of address requests to the United States Post Office for the real CareCredit

victim's mail, to divert CareCredit account statements from their real addresses to another address.

C. EXECUTION OF THE FRAUDULENT SCHEME

5. On the following dates, in Riverside County, within the Central District of California, and elsewhere, defendant BIDDLE committed the following acts, which constituted an execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | February 2, 2017 | Defendant BIDDLE submitted an application to open a CareCredit account for victim J.F., without victim J.F.'s knowledge or consent. |
| TWO | February 4, 2017 | Defendant BIDDLE submitted an application to open a CareCredit account for victim G.G., without victim G.G.'s knowledge or consent. |
| THREE | February 4, 2017 | Defendant BIDDLE submitted an application to open a CareCredit account for victim C.H., without victim C.H.'s knowledge or consent. |
| FOUR | February 4, 2017 | Defendant BIDDLE submitted an application to open a CareCredit account for victim A.O., without victim A.O.'s knowledge or consent. |
| FIVE | February 4, 2017 | Defendant BIDDLE submitted an application to open a CareCredit account for victim E.F., without victim E.F.'s knowledge or consent. |
| SIX | February 5, 2017 | Defendant BIDDLE submitted an application to open a CareCredit account for victim D.W., without victim D.W.'s knowledge or consent. |
| SEVEN | February 5, 2017 | Defendant BIDDLE submitted an application to open a CareCredit account for victim M.M., without victim M.M.'s knowledge or consent. |

## COUNT EIGHT

[18 U.S.C. § 1028A(a)(1)]

On or about February 4, 2017, in Riverside County, within the Central District of California, and elsewhere, defendant BARRY LEE BIDDLE ("BIDDLE") knowingly possessed and used, without lawful authority, means of identification that defendant BIDDLE knew belonged to another person, namely, G.G.'s name and social security number, during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Two of this Indictment.

A TRUE BILL

/s/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

LIZABETH A. RHODES
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

SCOTT M. LARA
Assistant United States Attorney
General Crimes Section

4