# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2018
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>V.<br>BARRY LEE BIDDLE<br>Defendant(s). | CASE NUMBER:<br>EDCR-18-150 AB<br><br>WARRANT FOR ARREST |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **BARRY LEE BIDDLE**
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment
☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice
charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

**18 U.S.C. § 1344(2): Bank Fraud**

**18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft**

in violation of Title ___See Above___ United States Code, Section(s) ___See Above___

| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>CINDY L. ORELLANA<br>SIGNATURE OF DEPUTY CLERK | May 18, 2018  Los Angeles, California<br>DATE AND LOCATION OF ISSUANCE<br><br>By: ALICIA G. ROSENBERG<br>NAME OF JUDICIAL OFFICER |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| 05/23/2018<br>DATE RECEIVED<br><br>05/23/2018<br>DATE OF ARREST | G. Rodriguez<br>NAME OF ARRESTING OFFICER<br><br>U.S. Postal Inspector<br>TITLE<br><br>SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRIC OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**BARRY LEE BIDDLE**<br><br>Plaintiff(s)<br><br>Defendant(s). | **CASE NUMBER:**<br>ED CR 18-150AB<br>1<br><br>**WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: W | SEX: M | HEIGHT: 6-0 | WEIGHT: 240 | HAIR: BRN | EYES: HZL | OTHER: |
|---|---|---|---|---|---|---|
| **DATE OF BIRTH:** 1974 | | **PLACE OF BIRTH:** Des Moines, Iowa | **SOCIAL SECURITY NO.:** 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 | | **DRIVER'S LICENSE NO.:** E1305524 | **ISSUING STATE:** CA |
| **ALIASES:** | | **SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS:** | | | | |
| **AUTO YEAR:** | **AUTO MAKE:** | **AUTO MODEL:** | **AUTO COLOR:** | | **AUTO LICENSE NO.:** | **ISSUING STATE:** |

**LAST KNOWN RESIDENCE:**
53118 Simplex St.
Lake Elsinore, CA 92532

**LAST KNOWN EMPLOYMENT:**
Self.

**FBI NUMBER:**
424685TA3

**ADDITIONAL INFORMATION:**

**INVESTIGATIVE AGENCY NAME**
USPIS

**INVESTIGATIVE AGENCY ADDRESS:**
390 W. 5th St
SB, CA 92401

**NOTES:**