# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

| | | | |
|---|---|---|---|
| Case No.: | ED CR 18-00150-AB | Date: | October 25, 2019 |
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge | | |
| Interpreter | N/A | | |

| Carla Badirian | Chia Mei Jui | Edward Han |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Barry Lee Biddle | √ | | √ | DFPD, Jelani J Lindsey | √ | √ | |

**Proceedings:**   CHANGE OF PLEA (Held and Completed)

Defendant moves to change plea to the Indictment/Information.

Defendant now enters a new and different plea of Guilty to Counts 1, 2, 3, 4, 5, 6, and 7 of the Indictment.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **Friday, February 14, 2020 at 1:30 p.m., for sentencing.**

The Court vacates the Jury Trial date.

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report. The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

cc:   USPO, PSA

                                                                                              00   :   35

                                                        Initials of Deputy Clerk    CB